```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    KOU G. KONG
 7
```

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       )   NO. CR-S-06-0329 GEB
                                    )
13              Plaintiff,          )   STIPULATION AND [PROPOSED] ORDER
                                    )   CONTINUING STATUS CONFERENCE
14       v.                         )
                                    )
15  KOU G. KONG,                    )   Date: September 22, 2006
                                    )   Time: 9:00 a.m.
16              Defendant.          )   Judge: Garland E. Burrell, Jr.
                                    )
17  _____ )

18

19       It is hereby stipulated and agreed to between the United States of

20  America through Philip Talbert, Assistant United States Attorney and

21  KOU G. KONG, by and through his counsel, Matthew C. Bockmon, Assistant

22  Federal Defender, that the status conference presently scheduled for

23  September 8, 2006 be vacated and rescheduled for status conference on

24  September 22, 2006 at 9:00 a.m.

25       This continuance is being requested due to the need for on-going

26  defense investigation and preparation.

27       IT IS FURTHER STIPULATED that the period from September 8, 2006,

28  through and including September 22, 2006, be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: September 7, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon

_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
KOU G. KONG

Dated: September 7, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for

_____
PHILIP TALBERT
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  September 8, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge