```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    KOU G. KONG
 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )  NO. CR-S-06-0329 GEB
                                 )
13             Plaintiff,        )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING STATUS CONFERENCE
14        v.                     )
                                 )
15  KOU G. KONG,                 )  Date:  October 13, 2006
                                 )  Time:  9:00 a.m.
16             Defendant.        )  Judge: Garland E. Burrell, Jr.
                                 )
17  _____ )

18
```

19      It is hereby stipulated and agreed to between the United States of
20 America through Philip Talbert, Assistant United States Attorney and
21 KOU G. KONG, by and through his counsel, Matthew C. Bockmon, Assistant
22 Federal Defender, that the status conference presently scheduled for
23 September 22, 2006 be vacated and rescheduled for status conference on
24 October 13, 2006 at 9:00 a.m.
25      This continuance is being requested due to the need for on-going
26 defense investigation and preparation and to give defense counsel more
27 time to review the proposed plea agreement with defendant.
28      IT IS FURTHER STIPULATED that the period from September 22, 2006,

1  through and including October 13, 2006, be excluded in computing the
2  time within which trial must commence under the Speedy Trial Act,
3  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
4  continuity and preparation of counsel.
5  Dated: September 20, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
KOU G. KONG

Dated: September 20, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
PHILIP TALBERT
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  September 20, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order                                3