IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CR-0329-GEB |
| Plaintiff, | |
| vs. | ORDER |
| KOU G. KONG, | |
| Defendant. | |

Petitioner's request for reconsideration, filed August 18, 2008, is denied.

Dated:  August 26, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1