AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:06-cr-00329-GEB   Document 43   Filed 01/09/15   Page 1 of 1

# UNITED STATES DISTRICT COURT

## for the

Eastern _____ District of _____ California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: Cr. S 06-329 GEB |
| | ) |
| KOU KONG | ) |
| | ) USM No: 16588-097 |
| Date of Original Judgment: 1/8/2007 | ) |
| Date of Previous Amended Judgment: _____ | ) David M. Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

# ORDER REGARDING MOTION FOR SENTENCE REDUCTION
# PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 134 _____ months **is reduced to** _____ 112 months _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ 01/08/2007 _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____ 11/14/2014 _____

_____
*Judge's signature*

Effective Date: _____ 11/01/2015 _____
*(if different from order date)*

Garland E. Burrell, Jr., District Court Judge
*Printed name and title*